UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN ACTION NETWORK,<br><br>        Defendant. | Civil Action No. 18-cv-945 (CRC) |

**JOINT MOTION TO EXTEND DISCOVERY AND BRIEFING DEADLINES**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, and for good cause as shown below, the parties jointly move to amend the Scheduling Order (Doc. 39) to extend discovery and briefing deadlines by approximately six-months.

1. On December 16, 2019, this Court entered the Scheduling Order (Doc. 39) establishing a fact discovery deadline of May 21, 2020 and subsequent expert discovery and briefing deadlines.

2. On January 24th and January 30th, CREW and AAN, respectively, issued written discovery requests.

3. On March 5th, following the receipt of each party's responses to the written discovery requests, counsel for CREW and AAN conferred regarding each side's objections to discovery. Throughout March and April, the parties conferred via telephone and email several times, working together to reach an agreement regarding the scope of discovery and to resolve significant and substantive portions of the outstanding discovery disputes. This process resulted in an agreement that allows the parties to avoid involving the Court in the resolution of discovery disputes related to the discovery requests.

4. On April 30, 2020, the parties memorialized their discovery agreement. Among other things, this agreement contemplates the need for additional production of documents that may engender the need for additional interrogatories or other discovery.

5. Furthermore, since mid-March, the parties and counsel for the parties have been affected by ongoing disruptions caused by COVID-19 and the social-distancing and "stay-at-home" orders necessitated by the epidemic. As a result of this situation, counsel for CREW and AAN anticipate the need for additional time for discovery, as access to hard-copy documents and other materials is made significantly more challenging by the current inability to access physical work spaces.

6. Because of the need for additional time to complete discovery occasioned both by the time spent negotiating the discovery agreement and the COVID-19 epidemic, the parties respectfully move for an extension of the case's schedule as follows:

|  | **Deadline Per December 16th Scheduling Order (Doc. 38)** | **Requested Extended Deadline** |
| --- | --- | --- |
| Fact Discovery Closes | May 21, 2020 | November 19, 2020 |
| Plaintiff's Rule 26(a)(2) Statements | June 18, 2020 | December 17, 2020 |
| Defendant's Rule 26(a)(2) Statements | July 9, 2020 | January 28, 2021 |
| Expert Discovery closes | July 30, 2020 | February 19, 2021 |
| Dispositive Motions Due | September 14, 2020 | April 1, 2021 |
| Oppositions Due | The sooner of October 26, 2020 or 42 days after the filing of a Motion | The sooner of May 13, 2021 or 42 days after the filing of a Motion |
| Replies Due | The sooner of November 23, 2020 or 28 days after the filing of an Opposition | The sooner of June 10, 2021 or 28 days after the filing of an Opposition |

Accordingly, the parties jointly move to amend the Scheduling Order to extend the discovery and subsequent briefing deadlines as requested above. A proposed order will be submitted contemporaneously with this motion.

Dated: May 1, 2020

*/s/ Laura C. Beckerman*
Laura C. Beckerman (D.C. Bar No. 1008120)
lbeckerman@citizensforethics.org
Stuart C. McPhail (D.C. Bar No. 1032529)
smcphail@citizensforethics.org
Adam J. Rappaport (D.C. Bar No. 479866)
arappaport@citizensforethics.org
CITIZENS FOR RESPONSIBILITY
  AND ETHICS IN WASHINGTON
1101 K Street N.W., Suite 201
Washington, DC 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020

Sathya S. Gosselin (D.C. Bar No. 989710)
sgosselin@hausfeld.com
Seth R. Gassman (D.C. Bar No. 1011077)
sgassman@hausfeld.com
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Counsel for Plaintiff Citizens for Responsibility*
  *and Ethics in Washington*

*/s/ Stephen Obermeier*
Stephen Obermeier (D.C. Bar No. 979667)
sobermeier@wileyrein.com
Caleb P. Burns (D.C. Bar No. 474923)
cburns@wileyrein.com
Jeremy J. Broggi (D.C. Bar No. 1191522)
jbroggi@wileyrein.com
WILEY REIN LLP
1776 K Street, NW Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Defendant American Action Network*