IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>AMERICAN ACTION NETWORK,<br><br>               Defendant. | Civil Action No. 1:18-CV-945 (CRC) |

## NOTICE OF CONSTITUTIONAL CHALLENGE

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Defendant American Action Network, by and through its counsel, hereby provides notice that this matter involves a constitutional challenge to the citizen-suit provision of the Federal Election Campaign Act, 52 U.S.C. § 30109(a)(8)(C).  Defendant raised the question of that provision's constitutionality in its Motion to Dismiss, where it argued that the citizen-suit provision on its face and as applied violates the Take Care Clause, U.S. Const. art. II, § 3, and the Appointments Clause, U.S. Const. art. II, § 2, cl. 2, that it infringes on authority vested exclusively in the Executive, and that as applied here the provision also violates Due Process.  The District Court denied Defendant's Motion to Dismiss and the case is proceeding through discovery.  Defendant intends to continue pressing its constitutional challenges at the dispositive stages of the case.

This Notice of Constitutional Challenge, as well as Defendant's Motion to Dismiss and the District Court's Order denying that Motion, have been served via certified mail on the Attorney General of the United States.  The parties in this action do not include the United States, one of its agencies or one of its officers or employees in an official capacity.

                                                By: s/ *Stephen J. Obermeier*
                                                Stephen J. Obermeier (D.C. Bar No. 979667)
                                                Caleb P. Burns (D.C. Bar No. 474923)
                                                Claire J. Evans (D.C. Bar No. 992271)
                                                Jeremy J. Broggi (D.C. Bar No. 1191522)
                                                WILEY REIN LLP
                                                1776 K Street, NW
                                                Washington, DC 20006
                                                (202) 719-7000
                                                sobermeier@wileyrein.com

Dated: July 13, 2020                             *Counsel for Defendant*
                                                    *American Action Network*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, a true and correct copy of the foregoing was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system.

s/ Stephen J. Obermeier
Stephen J. Obermeier

*Counsel for Defendant*
*American Action Network*
