UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

Plaintiff,

v.

AMERICAN ACTION NETWORK,

Defendant.

Case No. 18-cv-945

**UNITED STATES OF AMERICA'S**
**ACKNOWLEDGMENT OF CONSTITUTIONAL QUESTION**

1. On July 13, 2020, Defendant filed a Notice of Constitutional Challenge pursuant to Federal Rule of Civil Procedure 5.1(a). *See* ECF No. 46. In that Notice, Defendant stated that it was asserting a "constitutional challenge to the citizen-suit provision of the Federal Election Campaign Act, 52 U.S.C. § 30109(a)(8)(C)." *Id.* at 1.

2. On July 21, 2020, Plaintiff filed a response to Defendant's Notice of Constitutional Challenge, noting that it was filed "over a year and a half after" Defendant raised "a constitutional challenge in its Motion to Dismiss," and "and nine months after the Court denied that challenge" in the Court's September 30, 2019 Order granting in part and denying in part Defendant's motion to dismiss. ECF No. 48.

3. As of the date of this acknowledgment, there is no pending motion in which Defendant is asserting its constitutional challenge to the citizen-suit provision of the Federal Election Campaign Act, 52 U.S.C. § 30109(a)(8)(C).

4. In light of the Court's September 30, 2019 Order rejecting Defendant's constitutional challenge, *see* paragraph 2, and the lack of any pending motion raising this constitutional

1

challenge, *see* paragraph 3, there is no occasion for the United States to intervene at this time.

5. The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a). The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute. *See* 28 C.F.R. § 0.21.

6. If the Defendant renews the constitutional challenge described in paragraph 1, the United States will again consider whether its intervention in this suit is necessary and appropriate.

Dated: September 11, 2020

                        Respectfully submitted,

                        JEFFREY BOSSERT CLARK
                        Acting Assistant Attorney General

                        ERIC WOMACK
                        Assistant Branch Director, Federal Programs Branch

                        */s/* Kuntal Cholera
                        KUNTAL V. CHOLERA
                        Trial Attorney
                        U.S. Department of Justice
                        Civil Division, Federal Programs Branch
                        1100 L Street, NW
                        Washington, D.C. 20005
                        kuntal.cholera@usdoj.gov

                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

                              */s/* Kuntal Cholera

                              Kuntal V. Cholera
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              1100 L Street, NW
                              Washington, D.C. 20005

                              Attorney for Defendants